AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 15 2002
MARY L. M. MORAN
CLERK OF COURT

KRISTINA M. MALMQUIST

    Plaintiff,

    V.

GOLD COAST AVIATION INTERNATIONAL, INC.
DOES 1 THROUGH 10, INCLUSIVE

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **02-00019**

TO: (Name and address of defendant)

GOLD COAST AVIATION INTERNATIONAL, INC.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    First Floor, Suite 100
    T.S. Tanaka Bldg., Rt. 4
    Hagatna, Guam 96910
    Tel. (671)477-6298
    Facsimile (671) 477-6297

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Mary L. M. Moran**
CLERK

_[signature]_
(BY) DEPUTY CLERK

JUL 16 2002
DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/12/02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GREGORY C. HALL | Inv |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DEFENDANTS ATTORNEY TONY CORIES THRU HIS SEC ANN D. BORJA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/02
               Date

Signature of Server: Gregory C. Hall

Address of Server: P.O. BOX 23564, BARRIGADA, GUAM 96921

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.