THEODORE S. CHRISTOPHER
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorneys for Defendant Gold Coast Aviation International, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| KRISTINA M. MALMQUIST,<br><br>Plaintiff,<br><br>GOLD COAST AVIATION INTERNATIONAL, INC.; DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CIVIL CASE NO.02-00019<br><br>**CERTIFICATE OF SERVICE** |

I, Theodore S. Christopher, certify that on the 3rd day of September, I personally served a filed copy of Defendant Gold Coast Aviation International, Inc.'s Answer, by delivering a copy of same to Plaintiff's attorney, Mark E. Williams, Esq., located at Suite 100, 1st Floor, T.S. Tanaka Bldg., Route 4, Hagåtña, Guam 96910.

DATED this ____ day of September 2002.

LAW OFFICE OF ANTONIO L. CORTÉS
Attorneys for Defendant
Gold Coast Aviation International, Inc.

By: _____
THEODORE S. CHRISTOPHER

**ORIGINAL**