# United States District Court

FILED
DISTRICT COURT OF GUAM
OCT 01 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT OF  GUAM

KRISTINA M. MALMQUIST,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-00019

GOLD COAST AVIATION INTERNATIONAL, INC.,

    Defendant/
    Third-Party Plaintiff,

V.

CHRISTOPHER B. FARR,

    Third-Party Defendant.

TO: (Name and address of defendant)
  CHRISTOPHER B. FARR
  P.O. Box 4258
  Yigo, Guam  96929
  SSAN: 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

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Theodore S. Christopher, Esq.
  Law Office of Antonio L. Cortes
  233 Julale Center
  424 West O'Brien Drive
  P.O. Box BV
  Hagatna, Guam  96932-8973

an answer to the third-party complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| MARY L.M. MORAN | SEP 1 2 2002 |
|---|---|
| CLERK | DATE |

(BY) DEPUTY CLERK

**ORIGINAL**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | SEPTEMBER 25, 2002 |
| NAME OF SERVER (PRINT)<br>MICHAEL Q. GALLO | TITLE<br>PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: #5 SUNSHINE CONDOMINIUM, CARNATION ROAD, UPPER TUMON, GUAM

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$45.00 | TOTAL<br>$45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPTEMBER 30, 2002
        Date

Signature of Server SP0136-00

P.O. BOX1150, AGANA GU 96932/201SONGSONG ST.
        Address of Server                MANGILAO GUAM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.