Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS
Suite 100, First Floor
T. S. Tanaka Bldg., Rt. 4
Hagatna, Guam 96910
Telephone: 472-6298
Facsimile: 472-6297
Attorney for Plaintiff
KRISTINA M. MALMQUIST

FILED
DISTRICT COURT OF GUAM
OCT 07 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| KRISTINA M. MALMQUIST,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>GOLD COAST AVIATION INTERNATIONAL, INC.;<br>DOES 1 THROUGH 10, INCLUSIVE;<br><br>　　　　　　Defendants | CIVIL CASE NO. 02-0019<br><br>SCHEDULING ORDER AND DISCOVERY PLAN |

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

    Title VII violations and negligence.

2. The posture of the case is as follows:

    a) The following motions are on file (pending):

    None at the present time.

b)  The following motions have been resolved:

Not applicable.

c)  The following formal discovery has been initiated:

None at the present time.

3.  All Motions to add parties and claims shall be on or before:

January 30, 2003

4.  All Motions to amend pleadings shall be filed on or before:

January 30, 2003

5.  Status of Discovery:

The following is a description and schedule of all pretrial discovery each party intends to initiate prior to close of discovery:

A.  To the extent not already complied with, the parties shall make disclosures required by Rules 26(a) and 26(e) by December 30, 2002

B.  Each party will propound interrogatories and requests to produce and request for admissions within the limits set by the Federal Rules of Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests.

C.  The parties anticipate taking the depositions of at least five (5) individuals. Included in this list will be the parties themselves and witnesses.

6. ~~The parties shall appear before the District Court on November 7, 2002, at 4:00 p.m. for the Scheduling Conference.~~ *[struck through]*

7. The discovery cut-off date (defined as the last day to file responses to discovery) is:

January 31, 2003, except that expert witness discovery shall be completed by March 17, 2003.

8. a) The anticipated discovery motions are:

None at this time.

b) All discovery motions shall be filed on or before February 10, 2003. These motions will be heard on or before March 3, 2003, at 9:30 a.m.

c) All dispositive motions shall be filed on or before March 10, 2003 and heard on or before March 31, 2003, at 9:30 a.m.

9. The prospects for settlement are:

Unknown, pending discovery.

10. The Preliminary Pretrial Conference shall be held on April 15, 2003, at 4:15 p.m. (no later than 21 days to trial date).

Scheduling Order & Discovery Plan - Proposed
Page 4

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before April 22, 2003 (no later than 14 days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before April 22, 2003 (no later than 14 days prior to Trial).

13. The Final Pretrial Conference shall be held on April 29, 2003, at 4:00 p.m. (no later than 7 days prior to Trial).

14. The Trial shall be held on May 5, 2003 at 9:30 a.m.

15. The parties are seeking a jury trial.

16. It is anticipated that it will take two to three (2-3) days to try this case.

17. The names of counsel on this case are:
    Mark E. Wiliams, Esq. for Plaintiff;
    Antonio L. Cortes, Esq. for Defendant.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

    None at this time.

20. The following issues will affect the status or management of the case:

    Unknown at this time

DATED this 7th day of October, 2002.

HONORABLE JOHN S. UNPINGCO
Chief District Judge



RECEIVED
SEP 27 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

Dated: 8/26/02

LAW OFFICES OF ANTONIO L. CORTES

By: _____
Antonio L. Cortes, Esq.
Attorneys for Defendant
GOLD COAST AVIATION INTERNATIONAL, INC.


Dated: August 30, 2002

LAW OFFICES OF MARK WILLIAMS

By: _____
MARK WILLIAMS, ESQ.
Attorneys for Plaintiff
KRISTINA M. MALMQUIST