HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for third-party defendant

DISTRICT COURT OF GUAM

---

| | | |
|---|---|---|
| KRISTINA M. MALMQUIST, | ) | Civil Case No. 02-00019 |
| Plaintiff, | ) | POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT |
| v. | ) | |
| GOLD COAST AVIATION INTERNATIONAL, INC., | ) | |
| Defendant and Third-party Plaintiff, | ) | |
| v. | ) | |
| CHRISTOPHER B. FARR, | ) | |
| Third-party Defendant. | ) | |

---

1. Plaintiff had 90 days to file this action:

If a charge filed with the Commission pursuant to subsection (b) of this section is dismissed by the [Equal Employment Opportunity] Commission, or if within one hundred and eighty days from the filing of such charge or the expiration of any period of reference under subsection (c) or (d) of this section, whichever is later, the Commission has not filed a civil action under this section . . . or the Commission has not entered into a conciliation agreement to which the person aggrieved is a party, the Commission . . . shall so notify the person aggrieved and <u>within ninety days after the giving of such notice</u> a civil action may be brought against

(POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT)
Civil Case No. 02-00019

> the respondent named in the charge . . . by the person claiming to be aggrieved . . . .

(42 U.S.C. § 2000e-5(f)(1) (emphasis added).)

2. If plaintiff failed to file this action within the 90-day period, this action is time-barred, and third-party defendant is entitled to a summary judgment. (Nelmida v. Shelly Eurocars, Inc., 112 F.3d 380, 383, 386 (9th Cir. 1997), cert. denied, 522 U.S. 858 (1997).)

3. The granting of third-party defendant's motion will promote the speedy adjudication of this action:

> A . . . possible exception to a restrictive attitude toward Rule 12(e) motions involves compelling a more definite statement of matter relating to possible threshold defenses to the claim for relief. Using Rule 12(e) in this fashion can be justified in terms of one of the major purposes of the federal rules—promoting the speedy adjudication of cases. . . . Plaintiffs thus have been required to give particulars about the date on which the claim arose, so that the timeliness of the action could be determined . . . .

(5A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1376 at 595 (2d ed. 1990)(footnotes omitted).)

Dated, Hagåtña, Guam,

October 9, 2002.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED

2

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am a secretary employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Third-party defendant herein, and that on October 9, 2002, I served the document to which this declaration is annexed on the Law Offices of Mark E. Williams, Mark E. Williams, Esq., the attorney for plaintiff in this action, by leaving a copy thereof at his office at First Floor, Suite 100, T.S. Tanaka Building, Hagåtña, Guam, the last known address of the Law Offices of Mark E. Williams, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2002, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am a secretary employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Third-party defendant herein, and that on October 9, 2002, I served the document to which this declaration is annexed on the Law Office of Antonio L. Cortes, Theodore S. Christopher, Esq., the attorneys for defendant and third-party plaintiff in this action, by leaving a copy thereof at their office at 233 Julale Center, 424 West O'Brien Drive, Hagåtña, Guam, the last known address of the Law Office of Antonio L. Cortes, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2002, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ