(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for third-party defendant

FILED
DISTRICT COURT OF GUAM
OCT 16 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| KRISTINA M. MALMQUIST, | ) ( | Civil Case No. 02-00019 |
| Plaintiff, | ) ( | ANSWER TO THIRD-PARTY COMPLAINT |
| v. | ) ( | |
| GOLD COAST AVIATION INTERNATIONAL, INC., | ) ( ) | |
| Defendant and Third-party Plaintiff, | ( ) ( ( | |
| v. | ) ( | |
| CHRISTOPHER B. FARR, | ) ( | |
| Third-party Defendant. | ) ( | |

----------

Third-party defendant admits the averment contained in paragraph 1 of the third-party complaint, the averments contained in the first sentences of paragraphs 2 and 3 of the third-party complaint, the averments contained in paragraphs 4 and 10 of the third-party complaint, and that at the time of the termination of third-party defendant's employment, GCA demanded the return of the property mentioned in paragraph 10 of the third-party complaint; third-party defendant is without knowledge or information sufficient to form a belief as to the truth of the averments

(ANSWER TO THIRD-PARTY COMPLAINT)
Civil Case No. 02-00019

contained in paragraphs 5, 6, and 11 of the third-party complaint; and third-party defendant denies each and every other averment contained in the third-party complaint.

Wherefore third-party defendant demands that third-party plaintiff take nothing, that the third-party complaint be dismissed on the merits, and that third-party defendant recover of third-party plaintiff his costs of action.

Dated, Hagåtña, Guam,

October 15, 2002.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for third-party defendant

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am a secretary employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Third-party defendant herein, and that on October 16, 2002, I served the document to which this declaration is annexed on the Law Office of Antonio L. Cortes, Theodore S. Christopher, Esq., the attorneys for defendant and third-party plaintiff in this action, by leaving a copy thereof at their office at 233 Julale Center, 424 West O'Brien Drive, Hagåtña, Guam, the last known address of the Law Office of Antonio L. Cortes, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2002, at Hagåtña, Guam.

_____
**CHARLENE C. CRUZ**

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am a secretary employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Third-party defendant herein, and that on October 16, 2002, I served the document to which this declaration is annexed on the Law Offices of Mark E. Williams, Mark E. Williams, Esq., the attorney for plaintiff in this action, by leaving a copy thereof at his office at First Floor, Suite 100, T.S. Tanaka Building, Hagåtña, Guam, the last known address of the Law Offices of Mark E. Williams, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2002, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ