(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for third-party defendant

FILED
DISTRICT COURT OF GUAM

OCT 18 2002

MARY L. M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| KRISTINA M. MALMQUIST, | ) | Civil Case No. 02-00019 |
| Plaintiff, | ) | WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT |
| v. | ) | |
| GOLD COAST AVIATION INTERNATIONAL, INC., | ) | |
| Defendant and Third-party Plaintiff, | ) | |
| v. | ) | |
| CHRISTOPHER B. FARR, | ) | |
| Third-party Defendant. | ) | |

----------

Third-party defendant respectfully withdraws his motion

--------------------

ORIGINAL

(WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT)
Civil Case No. 02-00019

for more definite statement filed in this action on October 9, 2002.

Dated at Hagåtña, Guam, this 17th day of October, 2002

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for third-party defendant

APPROVED AND SO ORDERED.

Dated at Hagåtña, Guam, this 18th day of October, 2002.

_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

2

## DECLARATION OF SERVICE

I, Carlos R. Taitano, declare that I am employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Third-party defendant herein, and that on October 18, 2002, I served the document to which this declaration is annexed on the Law Offices of Mark E. Williams, Mark E. Williams, Esq., the attorney for plaintiff in this action, by leaving a copy thereof at his office at First Floor, Suite 100, T.S. Tanaka Building, Hagåtña, Guam, the last known address of the Law Offices of Mark E. Williams, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2002, at Hagåtña, Guam.

_____
CARLOS R. TAITANO

## DECLARATION OF SERVICE

I, Carlos R. Taitano, declare that I am employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Third-party defendant herein, and that on October 18, 2002, I served the document to which this declaration is annexed on the Law Office of Antonio L. Cortes, Theodore S. Christopher, Esq., the attorneys for defendant and third-party plaintiff in this action, by leaving a copy thereof at their office at 233 Julale Center, 424 West O'Brien Drive, Hagåtña, Guam, the last known address of the Law Office of Antonio L. Cortes, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2002, at Hagåtña, Guam.

_____
CARLOS R. TAITANO