(VTK)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for third-party defendant

FILED
DISTRICT COURT OF GUAM
DEC 30 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| KRISTINA M. MALMQUIST, | ) ( | Civil Case No. 02-00019 |
| Plaintiff, | ) ( | STIPULATION AND ORDER |
| v. | ) ( | |
| GOLD COAST AVIATION INTERNATIONAL, INC., | ) ( ) | |
| Defendant and Third-party Plaintiff, | ( ) ( | |
| v. | ) ( | |
| CHRISTOPHER B. FARR, | ) ( | |
| Third-party Defendant. | ) ( | |

------------

It is stipulated that the scheduling order and discovery plan heretofore filed in this action be vacated, all with leave to provide the Court with a substitute scheduling order and discovery plan within two weeks of the Court's approval of this stipulation, and for the following reasons:

1. The attorneys for the parties have been severely frustrated in their professional practices by the conditions which exist as a result of Typhoon Pongsona.

(STIPULATION AND ORDER)
Civil Case No. 02-00019

2. Plaintiff and defendant submitted the present scheduling order and discovery plan to the Court on September 27, 2002; the attorney for third-party defendant was not retained until October 3, 2002; and as a result third-party defendant neither participated in the formulation of the present scheduling order and discovery plan nor is named therein as a party to this action.

Dated at Hagåtña, Guam, this 26th day of December, 2002.

_____
MARK WILLIAMS
For LAW OFFICES OF
   MARK E. WILLIAMS
Attorney for plaintiff

_____
ANTONIO L. CORTES
For LAW OFFICES OF
   ANTONIO L. CORTES
Attorney for third-party plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for third-party defendant

APPROVED AND SO ORDERED.

Dated at Hagåtña, Guam, this 30th day of December, 2002.

_____
JOHN S. UNPINGCO, Chief Judge
District Court of Guam

(STIPULATIONS\SchOrdr.CFarr)

2

RECEIVED
DEC 27 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM