Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS
Suite 100, First Floor
T. S. Tanaka Bldg., Rt. 4
Hagatna, Guam 96910
Telephone: 472-6298
Facsimile: 472-6297
Attorney for Plaintiff
KRISTINA M. MALMQUIST

F I L E D
DISTRICT COURT OF GUAM
JAN 2 4 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| KRISTINA M. MALMQUIST,<br><br>　　　　Plaintiff,<br>vs.<br><br>GOLD COAST AVIATION INTERNATIONAL, INC.;<br>DOES 1 THROUGH 10, INCLUSIVE;<br><br>　　　　Defendants<br>_____<br>GOLD COAST AVIATION INTERNATIONAL, INC.,<br><br>　　　　Third Party Plaintiff,<br>vs.<br><br>CHRISTOPHER B. FARR,<br><br>　　　　Third Party Defendant | CIVIL CASE NO. 02-0019<br><br>AMENDED<br>SCHEDULING ORDER<br>AND DISCOVERY PLAN |

### SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

   Title VII violations and negligence.

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

   None at the present time.

   b) The following motions have been resolved:

   Not applicable.

   c) The following formal discovery has been initiated:

   None at the present time.

3. All Motions to add parties and claims shall be on or before:

   April 2, 2003

4. All Motions to amend pleadings shall be filed on or before:

   April 2, 2003

5. Status of Discovery:

   The following is a description and schedule of all pretrial discovery each party intends to initiate prior to close of discovery:

   A. To the extent not already complied with, the parties shall make disclosures required by Rules 26(a) and 26(e) by February 28, 2003.

      B.    Each party will propound interrogatories and requests to produce and request for admissions within the limits set by the Federal Rules of Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests.

      C.    The parties anticipate taking the depositions of at least five (5) individuals. Included in this list will be the parties themselves and witnesses.

6.    The discovery cut-off date (defined as the last day to file responses to discovery) is:

April 2, 2003, except that expert witness discovery shall be completed by May 16, 2003.

7.    a)    The anticipated discovery motions are:

      None at this time.

    b)    All discovery motions shall be filed on or before April 11, 2003. These motions will be heard on or before May 2, 2003, at 9:30 a.m.

    c)    All dispositive motions shall be filed on or before May 9, 2003 and heard on or before May 30, 2003, at 9:30 a.m.

8.    The prospects for settlement are:

    Unknown, pending discovery.

9. The Preliminary Pretrial Conference shall be held on June 16, 2003, at 4:15 p.m. (no later than 21 days to trial date).

10. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before June 23, 2003 (no later than 14 days prior to Trial).

11. The Proposed Pretrial Order shall be filed on or before June 23, 2003 (no later than 14 days prior to Trial).

12. The Final Pretrial Conference shall be held on June 30, 2003, at 4:00 p.m. (no later than 7 days prior to Trial).

13. The Trial shall be held on July 7, 2003 at 9:30 a.m.

14. The parties are seeking a jury trial.

15. It is anticipated that it will take two to three (2-3) days to try this case.

16. The names of counsel on this case are:
    Mark E. Williams, Esq. for Plaintiff;
    Antonio L. Cortes, Esq. for Defendant.
    Howard Trapp, Esq. for Third Party Defendant Christopher B. Farr

17. The Parties are amenable to submitting this case to a settlement conference.

18. The parties present the following suggestions for shortening trial:

    None at this time.

19. The following issues will affect the status or management of the case:

    Unknown at this time

DATED this 24th day of January, 2003.

/s/ B. Barrett Moe, Designated District Judge
for HONORABLE JOHN S. UNPINGCO
Chief District Judge

RECEIVED
JAN 15 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

Dated: 1/13/03      LAW OFFICES OF ANTONIO L. CORTES

By: _____
Antonio L. Cortes, Esq.
Attorneys for Defendant and Third Party Plaintiff
GOLD COAST AVIATION INTERNATIONAL, INC.


Dated: January 10, 2003.      LAW OFFICES OF MARK WILLIAMS

By: _____
MARK WILLIAMS, ESQ.
Attorneys for Plaintiff


Dated: 1/13/03      HOWARD TRAPP, INC.

By: _____
Howard Trapp,
Attorneys for Third Party Defendant
CHRISTOPHER B. FARR