HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for third-party defendant

FILED
DISTRICT COURT OF GUAM
MAR 10 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| KRISTINA M. MALMQUIST, | ) | Civil Case No. 02-00019 |
| Plaintiff, | ) | STIPULATION TO TAKE ORAL DEPOSITIONS and ORDER |
| v. | ) | |
| GOLD COAST AVIATION INTERNATIONAL, INC., | ) | |
| Defendant and Third-party Plaintiff, | ) | |
| v. | ) | |
| CHRISTOPHER B. FARR, | ) | |
| Third-party Defendant. | ) | |

------------

It is stipulated that the deposition of plaintiff shall be taken by defendant and third-party plaintiff, on oral examination, at the Law Office of Antonio L. Cortes, 233 Julale Center, 424 West O'Brien Drive, Hagåtna, Guam, on April 8, 2003, at 9:00 o'clock a.m., for the purpose of discovery, or as evidence, or for both purposes; that

The deposition of third-party defendant shall be taken by defendant and third-party plaintiff, on oral examination, at the Law Office of Antonio L. Cortes, 233 Julale Center, 424 West

(STIPULATION TO TAKE ORAL DEPOSITIONS)
Civil Case No. 02-00019

O'Brien Drive, Hagåtña, Guam, on April 9, 2003, at 9:00 o'clock a.m., for the purpose of discovery, or as evidence, or for both purposes; that

The parties waive all objections as to notice of the depositions; that

The parties agree that any objections as to the competency, relevancy, or materiality of testimony are hereby reserved to the time of trial; that

Costs of the depositions shall be borne by defendant and third-party plaintiff; and that

The parties shall have until the 10th day after the
--------------------

(STIPULATION TO TAKE ORAL DEPOSITIONS)
Civil Case No. 02-00019

depositions are taken to add parties and claims.

Dated at Hagåtña, Guam, this 4th day of March, 2003.

_____   _____
MARK WILLIAMS                      ANTONIO L. CORTES
For LAW OFFICES OF                 For LAW OFFICES OF
  MARK E. WILLIAMS                   ANTONIO L. CORTES
Attorney for plaintiff             Attorney for defendant and third-
                                   party plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for third-party defendant

APPROVED AND SO ORDERED.

Dated at Hagåtña, Guam, this 10th day of March, 2003.

_____
JOHN S. UNPINGCO, Chief Judge
District Court of Guam

(STIPULATIONS\OralDeposition.CFarr)

RECEIVED
MAR 06 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3