ANTONIO L. CORTES
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933

Attorneys for Defendant Gold Coast Aviation International, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 28 2003
MARY L. M. MORAN
CLERK OF COURT

16

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| KRISTINA M. MALMQUIST,<br><br>Plaintiff,<br><br>GOLD COAST AVIATION INTERNATIONAL, INC.; DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CIVIL CASE NO.02-00019<br><br>~~PROPOSED~~ SECOND AMENDED SCHEDULING ORDER AND DISCOVERY PLAN |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Revised Scheduling Order:

1. The nature of the case is as follows:

   Title VII violations and negligence, third-party claims for recovery of judgment, conversion, replevin, and punitive damages.

2. The posture of the case is as follows:

   a)  The following motions are on file (pending):

   None at the present time.

b) The following motions have been resolved: Not Applicable

c) The following discovery has been initiated: The two individual parties have been deposed and documents have been exchanged by all parties. Plaintiff has requested Defendant to produce documents and answer interrogatories.

3. All motions to add parties and claims shall be filed on or before **April 2, 2003**.

4. All motions to amend pleadings shall be filed on or before: **April 2, 2003**.

5. Status of Discovery:

The following is a description and schedule of all pretrial discovery each party intends to initiate prior to close of discovery:

A. To the extent not already complied with the parties shall made disclosures required by Rules 26(a) and 26(e) by **February 28, 2003.**

B. Each party will propound interrogatories and requests to produce and requests for admission within the limits set by the Federal Rules of Civil Procedure. If any party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests.

2

C. The parties anticipate taking the depositions of at least five (5) individuals. Included in this list will be the parties themselves and witnesses.

6. The discovery cut-off date (defined as the last date to file responses to discovery) is: **April 2, 2003**, except that expert witness discovery shall be completed by **May 16, 2003**.

7. a) The anticipated discovery motions are: None at this time.

b) All discovery motions shall be filed on or before **April 11, 2003**. These motions shall be heard on or before **May 2, 2003, at 9:30 a.m**.

c) All dispositive motions shall be filed on or before **May 9, 2003** and heard before **May 30, 2003**, at 9:30 a.m.

8. The prospects for settlement are : Unknown.

9. The Preliminary Pretrial Conference shall be held on the **September 4, 2003** at __3:30__ _p_.m. ( no later than 21 days to trial date).

10. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **September 9, 2003** (No later than 14 days prior to trial).

11. The Proposed Pretrial Order shall be filed on or before **September 9, 2003** (No later than 14 days prior to trial).

12. The Final Pretrial Conference shall be held on **September 16, 2003** at __3:30__ _p_.m. (~~No later than 14 days prior to trial~~)

3

13. The Trial in this matter shall be held on **September 23, 2003 at 9:30 a.m.**

14. The parties are seeking a jury trial.

15. It is anticipated that it will take two to three (2-3) days to try this case.

16. The names of counsel who will try this case are:

   a) Mark E. Williams, Esq. for Plaintiff

   b) Antonio L. Cortés, Esq. for Defendant

   c) Howard Trapp, Esq., for Third-Party Defendant Christopher b. Farr

17. The Parties are amenable to submitting this case to a settlement conference.

18. The parties present the following suggestions for shortening trial:

   None at this time.

19. The following issues will also affect the status or management of the case:

   Unknown at this time.

DATED this 27rd day of May 2003.

_____
HONORABLE JOHN S. UNPINGCO
Chief District Judge, District Court of Guam

RECEIVED
MAY 2 0 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

LAW OFFICES OF MARK WILLIAMS

DATED: May 16, 2003.

By: _____
Mark E. Williams, Attorneys for Plaintiff

LAW OFFICE OF ANTONIO L. CORTÉS

DATED: May 16, 2003.

By: _____
Antonio L. Cortés, Attorney for Defendant Gold Coast Aviation International, Inc

HOWARD TRAPP, INC.

DATED: May 20, 2003.

By: _____
Howard Trapp, Attorneys for Third Party Defendant Christopher B. Farr

5