ANTONIO L. CORTES
Law Office of Antonio L. Cortés
233 Julale Center
424 West O'Brien Drive
P.O. Box BV
Hagåtña, Guam 96932
Telephone No.: (671) 477-1930
Facsimile No.: (671) 477-1933



Attorneys for Defendant Gold Coast Aviation International, Inc.

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| KRISTINA M. MALMQUIST,<br><br>Plaintiff,<br><br>v.<br><br>GOLD COAST AVIATION INTERNATIONAL, INC.,<br><br>Defendant/<br>Third-Party Plaintiff,<br><br>v.<br><br>CHRISTOPHER B. FARR,<br><br>Third-Party Defendant. | CIVIL CASE NO.02-00019<br><br>**CERTIFICATE OF SERVICE** |

I, Antonio L. Cortes, certify that on the 29th day of May 2003, I personally served a filed copy of the Second Amended Scheduling Order and Discovery Plan, filed May 28, 3003, on the Parties by delivering copies of same to the offices of Plaintiff's attorney, Mark E. Williams, Esq., located at Suite 100, 1st Floor,

**ORIGINAL**

T.S. Tanaka Bldg., Route 4, Hagåtña, Guam 96910 and Third-Party Defendant's attorney Howard Trapp Incorporated, located at Suite 200, Saylor Building, 139 Chalan Santo Papa, Hagåtña, Guam 96910.

DATED: May 30, 2003.

LAW OFFICE OF ANTONIO L. CORTÉS
Attorneys for Defendant
Gold Coast Aviation International, Inc.

By: _____
Antonio L. Cortes