(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for third-party defendant

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| KRISTINA M. MALMQUIST, | ) | Civil Case No. 02-00019 |
| Plaintiff, | ) | STIPULATION OF DISMISSAL |
| v. | ) | |
| GOLD COAST AVIATION INTERNATIONAL, INC., | ) | |
| Defendant and Third-party Plaintiff, | ) | |
| v. | ) | |
| CHRISTOPHER B. FARR, | ) | |
| Third-party Defendant. | ) | |

------------

It is stipulated that this action, together with plaintiff's complaint and defendant-third-party plaintiff's third-party complaint and each and every claim contained therein, be and

--------------------

(STIPULATION OF DISMISSAL)
Civil Case No. 02-00019

the same are hereby dismissed with prejudice, each party to bear her, its, or his own attorneys' fees and costs.

    Dated at Hagåtña, Guam, this 4th day of September, 2003.

_____
MARK WILLIAMS
For LAW OFFICES OF
  MARK E. WILLIAMS
Attorney for plaintiff

_____
ANTONIO L. CORTES
For LAW OFFICES OF
  ANTONIO L. CORTES
Attorney for defendant third-party plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for third-party defendant

APPROVED AND SO ORDERED.

Dated at Hagåtña, Guam, this 9th day of September, 2003.

_____
JOHN S. UNPINGCO, Chief Judge
District Court of Guam

**RECEIVED**
SEP 08 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2