Mark Williams, Esq.
First Floor, Suite 100
T.S. Tanaka Bldg., Rt. 4
Hagåtña, Guam 96910
Phone (671) 477-6298
Fax (671) 477-6297
mark.e.williams@usa.net
Attorney for Plaintiff



FILED
DISTRICT COURT OF GUAM
SEP 1 5 2003
MARY L. M. MORAN
CLERK OF COURT
20

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

KRISTINA M. MALMQUIST,   ) CIVIL CASE NO. 02-0019
            )
     **Plaintiff,**  )
  vs.        )
            ) NOTICE OF DISMISSAL
GOLD COAST AVIATION INTERNATIONAL,)
INC.;          )
DOES 1 THROUGH 10, INCLUSIVE; )
            )
     **Defendants** )
            )

COMES NOW, Plaintiff, by and through her attorney of record, Mark Williams, Esq., and

hereby Dismisses with Prejudice the above-entitled action as to Doe Defendants 1 through 10,

inclusive.

Dated: 9/12/03

_____
Mark Williams, Esq.
Attorney for Plaintiff

U.S. District Court Civil Action. Reyes v. Interpacific Resorts Corporation, et. al.

ORIGINAL